**[J-37-2020]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 779 CAP
                                       :

               Appellee             : Appeal from the Order dated 3/26/19 in
                                         : the Court of Common Pleas, Dauphin
                                         : County, Driminal Division, at CP-22-CR-
               v.                   : 0000692-2003 and CP-22-CR-0001728-
                                         : 2003
                                         :

ERNEST WHOLAVER, JR.,           :
                                         :

               Appellant           :


## <u>ORDER</u>


**PER CURIAM:**                                                  **DECIDED:  May 19, 2020**


      **AND NOW**, this 19th day of May, 2020, the Order of the Post-Conviction Court is AFFIRMED.